IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

---

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Case No. 08-PO-1005 |
| | ) |
| JACOB A. PORATH, | ) |
| | ) |
| Defendant. | ) |

---

ORDER FOR DISMISSAL

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of court endorsed hereon, the United States Attorney for the Western District of Wisconsin hereby dismisses, without prejudice, Violation No. A2200163 issued to defendant Jacob A. Porath.

Dated this 3rd day of October 2008.

Respectfully submitted,

ERIK C. PETERSON
United States Attorney

By:
/s/
_____
PAUL W. CONNELL
Assistant U. S. Attorney

Leave of court is granted for the filing of the foregoing dismissal.

_____
STEPHEN L. CROCKER
United States Magistrate Judge

Dated: 10-10-08